UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
WILLIAM GAONA CALVA,

Petitioner,

v.

ROBERT BROWN, *et al.*,

Respondents.
---------------------------------------------------------x

**ORDER TO SHOW CAUSE**
26-CV-6755 (OEM)

ORELIA E. MERCHANT, United States District Judge:

Upon consideration of the Verified Petition for Writ of Habeas Corpus, Dkt. 1 ("Petition"),

IT IS HEREBY ORDERED that:

1. Petitioner shall cause a copy of this order and the Petition to be served on Respondents by **October 21, 2026**;

2. Petitioner shall file proof of service on the docket by **October 22, 2026**;

3. Respondents are ORDERED to file a return to the order to show cause why the Petition should not be granted by **October 26, 2026.** *See* 28 U.S.C. § 2243;

4. The parties are further ORDERED to appear before this Court for a hearing on the Petition on **October 27, 2026, at 10:00 a.m.** in Courtroom 6C South before Judge Orelia E. Merchant. Alternatively, the parties may file a joint letter by **October 26, 2026**, indicating that they waive the hearing and consent to the Court issuing a decision on the briefs;

5. Moreover, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the Eastern District of New York until further order of this Court. *See Local 1814, Int'l Longshoremen's Ass'n v. N.Y. Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, 'the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction.'") (alteration in original) (quoting *United States v. Int'l Bhd. of Teamsters*, 907 F.2d 277, 281 (2d Cir. 1990)).

SO ORDERED.

*/s/*
ORELIA E. MERCHANT
United States District Judge

October 21, 2026
Brooklyn, New York